Settle order on notice.

GENERAL INSURANCE COMPANY OF AMERICA, Appellant, v. EMANUEL GOLDSTEIN et al., Respondents, et al., Defendants.— In view of the small amount of the fund involved and the expense which would practically deplete it,

together with the number of small claims which readily may be anticipated, the court at Special Term in the exercise of its discretion properly refused to entertain jurisdiction. Judgment and order unanimously affirmed, with costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [182 Misc. 419.]